IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-00029

DAKOTA GIBSON, )
 )
 Plaintiff, )
 )
v. ) **ORDER**
 )
McKINLEY INC.; BG STAFFING, INC.; )
BG STAFFING, LLC and WILL OWENS, )
JR., )
 )
 Defendants. )

THIS MATTER is before the Court upon the Consent Motion to Remand brought by Plaintiff Dakota Gibson and Defendant's McKinley Inc.; BG Staffing, Inc. and BG Staffing, LLC. The Court having reviewed the Motion, having determined that the matter was improperly removed and that good cause has been shown, the Motion is GRANTED.

It is ORDERED that this action shall immediately be remanded to the Wake County Superior Court. This Court vacates any pending matters and dates set before this Court and shall take no further action regarding this case.

DATED this the ____ day of February, 2021.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE